Certificate Number: 00437-ILN-CC-011565664



00437-ILN-CC-011565664

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 7, 2010</u>, at <u>6:19</u> o'clock <u>PM MDT</u>, <u>Eustasio Hernandez-Alfaro</u> received from <u>Black Hills Children's Ranch, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:  July 7, 2010            By:    /s/Damaris Hernandez

                               Name:  Damaris Hernandez

                               Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).